**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DAVID MANNING STODGHILL, | : | No. 77 MAP 2015 |
| Appellant | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of June, 2016, the Motion to Quash the Appeal is **GRANTED**, without prejudice to Appellant's right to appeal from a final order entered by the Commonwealth Court in this matter.